IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LAEL SAMONTE,<br>    Plaintiff(s), | )<br>)<br>) | CV 05-00507HG-KSC |
| vs. | )<br>) | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| CLAYTON FRANK, et al.,<br>    Defendant(s). | )<br>)<br>)<br>) | APR 2 4 2006<br>at _11_ o'clock and _25_ min. _A_ M<br>SUE BEITIA, CLERK |

<u>ORDER ADOPTING MAGISTRATE'S</u>
<u>FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY</u>
<u>IN PART DEFENDANTS FRANK AND SHIMODA'S MOTION TO DISMISS</u>

Findings and Recommendation having been filed and served on all parties on March 22, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _4·21·06_

/s/ Helen Gillmor
Helen Gillmor
Chief United States District Judge

cc: all parties of record

Due for Adoption: 04/05/2005